ANDREW RAGOR *et al.*

*v.*

JAMES S. KENDALL.

JUDGMENT—*against two, will be reversed, where there is no evidence against one of defendants.* A joint judgment against two defendants in trespass, as the owners of an omnibus, for running into a carriage, where there is no evidence of ownership or interest as to one of the defendants, can not be sustained on appeal or error.

APPEAL from the Circuit Court of Cook county; the Hon. LAMBERT TREE, Judge, presiding.

Mr. B. W. ELLIS, for the appellants.

Mr. JOHN WOODBRIDGE, for the appellee.

Mr. CHIEF JUSTICE BREESE delivered the opinion of the Court:

This was an action of trespass, in the Cook circuit court, against Andrew Ragor and Peter Ragor, as owners of an omnibus employed upon a public street in the city of Chicago, to recover damages for violently driving the same against the carriage of the plaintiff, by which the same was greatly injured, and the horse attached to the same also injured.

The jury rendered a verdict for the plaintiff, on which the court rendered judgment, to reverse which the defendants appeal.

However just this judgment may be, it can not stand. The action is brought against Andrew and Peter Ragor. There is no evidence in the record to charge Peter Ragor. He is not shown to have been an owner, or to have any interest whatever in the omnibus. Counsel for appellee is mistaken in saying, " it was proved in evidence" that the defendants were the owners of the offending omnibus. The record contains no such evidence. It shows that Andrew Ragor was

one of the proprietors, but it was not shown who were the others. Peter Ragor's name is not mentioned in this connection. A verdict and judgment wholly unsupported by the evidence, can not stand.

The judgment must be reversed, and the cause remanded for a new trial.

*Judgment reversed.*